# IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

JANET SHAW,
    Plaintiff,

Vs.                                           Civil Action #: _____
                                                   Jury Demand

ROCKY TOP WAFFLES, LLC &
COLLIS FOODS, INC.,
    Defendants.

---

## NOTICE of REMOVAL

**COME**, the Defendants, Rocky Top Waffles, LLC & Collis Foods, Inc. pursuant to **28 USC § 1446** and give NOTICE to this Honorable Court of the Removal of this cause to the U.S. District Court for the Eastern District of Tennessee from the Circuit Court of Washington County, Tennessee.

This action was filed on April 9, 2021 in the Circuit Court Washington County, Tennessee, Docket No. 40703. The Defendants were served on April 26, 2021.

**JURISDICTION**: This Court's federal question jurisdiction is invoked (28 USC § 1331) by the Plaintiff's allegations of a violation of a federal statute (Americans Disability Act) **36 CFR § 119.1, et. seq..**

The Pleadings and filings in the Circuit Court action are attached hereto as Collective Exhibit 1.

Counsel for Defendants has served a copy of this Notice of Removal upon the Circuit Court Clerk for Washington County, Tennessee. A copy is attached hereto as Exhibit 2.

                                                              Respectfully submitted,

                                                               Joe E. Manuel, BPR # 006119
                                                               Counsel for Defendants
                                                               240 Forest Avenue, Suite 301
                                                               Chattanooga, TN 37405
                                                               423-266-3535

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the individuals listed below by one of the following means: U.S. Mail with sufficient postage to carry same to its destination or via electronic means:

Gabriel Stapleton, BPR # 038102
Counsel for Plaintiff
116 East Main St.
Morristown, TN 37815
423-586-5800

Ms. Brenda Downes
Circuit Court Clerk
Washington County Tennessee
108 W. Jackson Blvd.
Jonesborough, TN 37659

This 24th day of May 2021.

Joe E. Manuel